UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**CANDY BASIL**                                                                               **PLAINTIFF**

vs                                                           CIVIL ACTION NO. **3:13CV-625-S**

**RECREONICS, INC.**                                                     **DEFENDANT**

## ORDER

Magistrate Judge having notified the Court of a settlement in this matter as a result of settlement negotiations conducted by Magistrate Judge James D. Moyer (DN 21), **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty-five (35) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Dated:    January 30, 2014

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record