UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| CANDY BASIL | ) | Case No. 3:13-CV-625-S |
| | ) | |
| Plaintiff | ) | |
| | ) | **AGREED ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| RECREONICS, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

The parties having consummated the settlement of all claims which were or might have been alleged in this action, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that this lawsuit, Case No. 3:13-CV-625, is dismissed with prejudice. This is a final Order, there being no just reason for delay.

February 18, 2014

                                                                               **Charles R. Simpson III, Senior Judge**
                                                                               **United States District Court**

Agreed to and tendered by:

| | |
|---|---|
| /s/Ayala Golding | /s/ Karen M. Paulin |
| Ruby D. Fenton | Andrew G. Beshear |
| Ayala Golding | Karen M. Paulin |
| TILFORD DOBBINS & ALEXANDER, PLC | Rebecca A. Weis |
| 401 West Main Street, Suite 1400 | STITES & HARBISON, PLLC |
| Louisville, Kentucky 40202 | 400 W. Market Street, Suite 1800 |
| Telephone: (502) 584-1000 | Louisville, Kentucky 40202 |
| *Counsel for Plaintiff, Candy Basil* | Telephone: (502)587-3400 |
| | *Counsel for Defendant, Recreonics* |

February 18, 2014